# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| GSC Construction, Inc. | ) ASBCA Nos. 58829, 58830 |
| | ) |
| Under Contract No. W91236-10-D-0064 | ) |

APPEARANCE FOR THE APPELLANT: James S. DelSordo, Esq.
               Argus Legal, PLLC
               Manassas, VA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
                  Engineer Chief Trial Attorney
                  Jonathan R. Bryant, Esq.
                  Nicole E. Angst, Esq.
                   Assistant District Counsel
                   U.S. Army Corps of Engineers, Louisville

## ORDER OF DISMISSAL

The dispute which is the subject of the appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeals must be filed within six months of the date of this Order.

Dated: 26 April 2017

MICHAEL T. PAUL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58829, 58830, Appeals of GSC Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals